# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff)

Craig Lee Miller

v.

(Full name of defendant(s))

Racine County
Oconto County
Racine County sheriff
and Medical Staff

Case Number:

25 cv 2053

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **WISCONSIN**, and is located at
   (State)

   717 Wisconsin Ave Racine Jail
   (Address of prison or jail)

2. Defendant _____
   (Name)

   is (if a person or private corporation) a citizen of _____
   (State, if known)

   and (if a person) resides at _____
   (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Racine County, Oconto County___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

as A Result of Custom, police or pratice, The D.A.s office of these 2 Countys Cotinue to prosecute well aware that the implied Consent statates that once authrized Refusals as prior Count--able OWIs have been held to be Facially unconstitutional to the extent they Count a prior stand-alone Revocation. See State v. Fornett 2022 The Plaintiff driver's Record reveals The Plaintiff has 3 Implied Consent

Complaint – 2

Convictions 10-19-1992 also 2-05-1991 also 4-17-1989 There are no convictions from Racine County under stat. 346.63(1)(a) however on 12-23-1992 case No. 92CT1137 and agin 6-06-1991 case No. 91CT000030 and on 9-28-1989 case No. 89-CT000244 The Racine Circuit Court did entier dispositional order/judgment convicting plaintiff of "operating while under the influence of an intoxicant or controlled substance"

All convictions are a result of 343.305(1D) 3 year revocations ordered in all 3 cases.

The D.A.s office in both these cou--nty's knowing, without any compasion continue to prosecute based on unconstitutional statutes/convictions as held by Wisconsins & Federal Courts,

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

order Convictions Vacated
$500. Million Compensatory
$500. Million Punitive
For each deFendant
I Will send in the claims For
The shriFF and Medical staFF
I'm being held in the hole money
Remove From my account unlawFully
I belive the Medical staFF have
delibretly put something in my body
Thats killing me, I know I have cancer
I Fear Taking any thing From staFF
or being treated.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __18__ day of __December__ 20__25__

Respectfully Submitted,

_Craig T Miller_
Signature of Plaintiff

__40569__
Plaintiff's Prisoner ID Number

__Racine County Jail__

__717 Wisconsin Ave__
(Mailing Address of Plaintiff)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.